From: Corey Rector <cdrector@sbcglobal.net>
Date: December 18, 2019 at 9:23:09 PM CST
To: Orsure Stokes <Endohombre@aol.com>
Subject: Job

## Similar Jobs

We didn't find any Endodontist jobs within 30 miles of Fort Leonard Wood, MO.

See all Endodontist jobs



 **$203k-$390k Endodontist Jobs (NOW HIRING) | ZipRecruiter**

Browse 176 ENDODONTIST Jobs ($203K-$390K) hiring now from companies with openings. Find your next job near you &...

Read Less
Save

## Endodontist

COMPLETE MOBILE DENTISTRY Fort Leonard Wood, MO

- Posted: 9 days ago
- Full-Time

We have an exciting opportunity for an Endodontist to work at Fort Leonard Wood, MO. This is a great opportunity to provide exceptional care to a great community and receive a competitive compensation package. This role is a full-time position to help provide excellent care to our service members.

- The employee will provide endodontic services [branch of dentistry dealing with the cause, diagnosis, prevention, and treatment of diseases of the dental pulp/root canal therapy] as needed by the AIDC clinical team.
- The employee will provide examinations, diagnoses, prognoses, treatment planning, follow-up of patients and consultations as needed.  All services will be

**Exhibit 1**

- documented by existing AIDC protocols and procedures and appropriate clinical standards will be followed.
- The employee shall provide appropriate Endodontic Dental Services particularly focusing in the utilization of his professional training and experience in order to perform the following:
- Contractor shall provide Endodontic Dental Consultative Services as needed for the dental providers at Fort Leonard Wood, MO.
- Employee shall provide endodontic dental care to service member patients and provide examinations, diagnosis, prognosis, treatment planning, follow-up and consultations as needed for all patients seen.
- Employee shall consult with other health care providers when a medical and/or developmental condition requires further investigation.
- Employee shall prescribe appropriate medications when needed.
- Employee shall document treatment needs and treatment provided in the dental record of the patients in accordance with policy and procedures.

Qualifications:

- Graduate of an accredited Dental School and possess a DDS or DMD degree
- Additional training in endodontic dentistry
- Licensed in a state of the United States
- Able to be credentialed and privileged at AIDC

What we offer:

- Competitive wages
- Flexible work schedule
- No on call requirements
- Excellent team environment

# COMPLETE MOBILE DENTISTRY

## Address
Fort Leonard Wood, MO
65473 USA